UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Brian Willis
                              Plaintiff,
v.                                                   Case No.: 1:17−cv−03297
                                                     Honorable Steven C. Seeger
Tarry Williams, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: On December 13, 2023, counsel emailed the Courtroom Deputy and announced that the "parties reached an agreement to settle the case." Counsel attached a stipulation and proposed stipulation order. The parties must file a notice of a settlement in principle on the public docket. Under Rule 41(a), there are several ways to dismiss a case after a settlement. Sometimes a plaintiff can file a notice of dismissal (unilaterally). Or, the parties can dismiss a case by filing a stipulation of dismissal, which is self−effectuating (meaning that there is no need for an order). Or, the parties can file a motion for dismissal, which is less desirable because it requires a step from the Court. But the route that the parties selected, meaning a stipulation of dismissal plus an order of dismissal, isn't a thing. The Court directs the parties to promptly file a stipulation of dismissal after they have signed the settlement agreement. Based on the representation that the parties have reached a settlement in principle, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by April 11, 2024. The complaint is dismissed. The trial date is vacated, and so are all deadlines. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.